# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2011

142468 & (19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

LESLIE PAUL FORD,
         Defendant-Appellant.

SC: 142468
COA: 298473
Wayne CC: 08-006996-FH

_____/

      By order of April 25, 2011, the prosecuting attorney was directed to answer the application for leave to appeal the December 1, 2010 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      HATHAWAY, J., not participating. Justice Hathaway recuses herself and will not participate in this case as she was the presiding trial court judge. See MCR 2.003(B).

      ZAHRA, J., did not participate because he was on the Court of Appeals panel.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2011

_____
Clerk

p0713